| | |
|---|---|
| **ANTHONY L. ASHBY, ESQ.**<br>Nevada Bar No. 4911<br>**LADAH LAW FIRM**<br>517 S. Third Street<br>Las Vegas, NV 89101<br>litigation@ladahlaw.com<br>T: 702.252.0055<br>Attorney for Plaintiff | |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DUSTIN BEAVERS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GEICO INSURANCE AGENCY dba GEICO INSURANCE COMPANY, a foreign corporation; DOES I through X, inclusive and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendant. | CASE NO. 2:19-cv-00846-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO SEVERE/BIFURCATE AND TO STAY CLAIMS FOR BAD FAITH** |

The above named parties, by and through their respective, undersigned counsel of record, hereby stipulate to a one-week extension of time for Plaintiff to respond to Defendant's Motion to Dismiss, or In the Alternative, To Sever/Bifurcate And to Stay Claims For Bad Faith, on file herein. (ECF No. 5).

**REASONS FOR REQUESTED EXTENSION**

Defendant filed its Motion to Dismiss, or In the Alternative, To Sever/Bifurcate and To Stay Claims For Bad Faith (ECF No. 5) on May 24, 2019, and Plaintiff's response is due on or before June 7, 2019. However, due to the undersigned's upcoming trial schedule, Plaintiff requested, and Defendant's counsel kindly agreed, to extend the deadline for Plaintiff to respond to Defendant's Motion to June 14, 2019.

The parties further stipulate that the time for Defendant to prepare any Reply also be adjusted accordingly.

1

The parties enter this stipulation in good faith, and not for reasons of delay or any other untoward purpose.

DATED this 5th day of June, 2019.                DATED this 5th day of June, 2019.

MCCORMICK, BARSTOW, SHEPPARD WAYTE & CARRUTH, LLP

LADAH LAW FIRM

*/s/: Wade M. Hansard, Esq.*
WADE M. HANSARD
Nevada Bar No. 8104
JONATHAN W. CARLSON
Nevada Bar No. 8104
8337 W. Sunset Road, Suite 350
Las Vegas, Nevada 89113
*Attorneys for Defendant*

*/s/Anthony L Ashby, Esq.*
RAMZY PAUL LADAH
Nevada Bar No. 11405
ANTHONY L. ASHBY
Nevada Bar No. 4911
517 South Third Street
Las Vegas, NV 89101
*Attorneys for Plaintiff*

# **O R D E R**

IT IS SO ORDERED, this 6th day of June, 2019.

_____
UNITED STATES DISTRICT JUDGE