**ANTHONY L. ASHBY, ESQ.**
Nevada Bar No. 4911
**LADAH LAW FIRM**
517 S. Third Street
Las Vegas, NV 89101
litigation@ladahlaw.com
T: 702.252.0055
F: 702.248.0055

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DUSTIN BEAVERS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GEICO INSURANCE AGENCY dba GEICO INSURANCE COMPANY, a foreign corporation; DOES I through X, inclusive and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendant. | CASE NO. 2:19-cv-00846-APG-NJK |

## STIPULATION AND ORDER
## TO WITHDRAW MOTION TO DISMISS AND TO AMEND COMPLAINT

The above named parties, by and through their respective undersigned counsel of record, hereby stipulate that the Motion to Dismiss, or in the Alternative, to Sever/Bifurcate and to Stay Claims for Bad Faith filed by Defendant on May 24, 2019, shall be withdrawn by Defendant Geico, without prejudice.

The parties further stipulate that Plaintiff shall file a Second Amended Complaint by June 28, 2019.

…

1

The parties enter this stipulation in good faith, and not for reasons of delay or any other untoward purpose.

DATED this 14th day of June, 2019.   DATED this 14th day of June, 2019.

MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH, LLP

LADAH LAW FIRM

*/s/: Wade M. Hansard, Esq.*
WADE M. HANSARD
Nevada Bar No. 8104
JONATHAN W. CARLSON
Nevada Bar No. 8104
8337 W. Sunset Road, Suite 350
Las Vegas, Nevada 89113
*Attorneys for Defendant*

*/s/Anthony L. Ashby, Esq.*
ANTHONY L. ASHBY, ESQ.
Nevada Bar No. 4911
517 South Third Street
Las Vegas, NV 89101
*Attorneys for Plaintiff*

## **O R D E R**

IT IS SO ORDERED, this 17th day of June, 2019.

_____
UNITED STATES DISTRICT JUDGE