# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DUSTIN BEAVERS,<br><br>   Plaintiff(s),<br><br>v.<br><br>GEICO INSURANCE AGENCY,<br><br>   Defendant(s). | Case No.: 2:19-cv-00846-APG-NJK<br><br>**Order** |

   To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than July 25, 2019, either (1) a joint proposed discovery plan; or (2) a status report explaining why a proposed discovery plan should not be filed at this time.

   IT IS SO ORDERED.

   Dated: July 19, 2019

                    _____
                    Nancy J. Koppe
                    United States Magistrate Judge