**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DUSTIN BEAVERS,

      Plaintiff(s),

v.

GEICO CASUALTY COMPANY,

      Defendant(s).

Case No.: 2:19-cv-00846-APG-NJK

**ORDER**

      Pending before the Court is the parties' discovery plan.  Docket No. 20.  The Court **SETS** a scheduling conference for 2:30 p.m. on August 15, 2019, in Courtroom 3C.

      IT IS SO ORDERED.

      Dated: July 25, 2019

                                  _____
                                    Nancy J. Koppe
                                    United States Magistrate Judge