# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DUSTIN BEAVERS,

    Plaintiff(s),

v.

GEICO CASUALTY COMPANY,

    Defendant(s).

Case No.: 2:19-cv-00846-APG-NJK

**ORDER**

Pending before the Court is the parties' discovery plan. Docket No. 20. The parties subsequently stipulated to dismissing the second and third claims for relief. Docket No. 21; *see also* Docket No. 23. In light of the changed circumstances, the Court **DENIES** without prejudice the previously-filed discovery plan and an amended discovery plan must be filed by August 1, 2019. The Court also **VACATES** the hearing set for August 15, 2019.

IT IS SO ORDERED.

Dated: July 26, 2019

_____
Nancy J. Koppe
United States Magistrate Judge

1