# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DUSTIN BEAVERS, | Case No.: 2:19-cv-00846-APG-NJK |
| Plaintiff | **Order for Joint Proposed Pretrial Order** |
| v. | |
| GEICO CASUALTY COMPANY, | |
| Defendant | |

Pursuant to the scheduling order, the joint proposed pretrial order was due January 21, 2020. ECF No. 26 at 2. The parties did not file a proposed pretrial order by that date.

I THEREFORE ORDER that the parties shall file a joint proposed pretrial order or a stipulation to dismiss by February 21, 2020. If no proposed order is filed by that date, I will dismiss this case.

DATED this 24th day of January, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE