1  WADE M. HANSARD, ESQ.
   Nevada Bar No. 8104
2  *whansard@mbswc.com*
   JONATHAN W. CARLSON, ESQ.
3  Nevada Bar No. 10536
   *jcarlson@mbswc.com*
4  RENEE M. MAXFIELD, ESQ.
   Nevada Bar No. 12814
5  *rmaxfield@mbswc.com*
   McCORMICK, BARSTOW, SHEPPARD,
6  WAYTE & CARRUTH LLP
   8337 West Sunset Road, Suite 350
7  Las Vegas, NV 89113
   Telephone:  (702) 949-1100
8  Facsimile:   (702) 949-1101
   Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DUSTIN BEAVERS, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GEICO INSURANCE AGENCY dba GEICO INSURANCE COMPANY, a foreign corporation; DOES I through X, inclusive and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>　　　　Defendants. | CASE NO.　　2:19-cv-846-APG-NJK<br><br>**PROPOSED JOINT PRE-TRIAL ORDER** |

After pretrial proceedings in this case,

IT IS SO ORDERED:

**I.**

**This is an action for**:

　　This is an action for breach of contract arising out of an insurance policy for underinsured motorist ("UIM") coverage.

　　Plaintiff's Complaint brings forth causes of action against Defendant for breach of UIM contract, based on damages Plaintiff alleges arise out of injuries sustained in an automobile accident

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

6546582.1

occurring on or about December 30, 2016. The parties stipulated to dismiss Plaintiff's extra-contractual claims.

Plaintiff's Complaint seeks relief in the form of general damages sustained by Plaintiff in an amount in excess of $15,000.00; special damages to be determined at the time of trial; consequential damages, including attorney's fees; expectation damages for denied policy benefits in excess of $15,000.00; medical and incidental expenses already incurred and to be incurred; lost earnings and earning capacity; reasonable attorney's fees and costs of suit; punitive damages in an amount to be determined at trial; interest at the statutory rate; and for such other relief as the Court deems just and proper.

Defendant submits that it has not breached the policy with Plaintiff in relation to any UIM benefits.

**II.**

**Statement of jurisdiction**:

This action was originated by the filing of a Complaint in the District Court, Clark County, Nevada on April 3, 2019. Defendant removed the case from State Court to Federal Court on May 17, 2019, citing diversity between the parties and that this Court has jurisdiction of the matter under 28 U.S.C. § 1332 and 28 U.S.C. § 1441(b).

**III.**

**The following facts are admitted by the parties and require no proof**:

1. Plaintiff was involved in an automobile accident on December 30, 2016;
2. The underlying tort carrier possessed policy limits in the amount of $100,000;
3. At the same time and place, Plaintiff was insured by Defendant under Policy No. 4211883204, with applicable underinsured motorist limits of $100,000 per person and $300,000 each occurrence. The policy provisions are incorporated herein by this reference; and
4. On May 4, 2018, Plaintiff demanded payment of his UIM policy limit.

/ / /

/ / /

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
8337 W. Sunset Rd, Suite 350
Las Vegas, NV 89113

**IV.**

**The following facts, though not admitted, will not be contested at trial by evidence to the contrary**:

None at this time.

**V.**

**The following are the issues of fact to be tried and determined at trial**: Whether Defendant breached the terms of its contract with Plaintiff and whether Defendant has sufficient defenses to defeat Plaintiff's claims of breach.

**VI.**

**The following are the issues of law to be tried and determined at trial**.

1. Whether Defendant's breached the terms of its contract with Plaintiff and whether Defendant has sufficient defenses to defeat Plaintiff's claims of breach..

    (a) The following exhibits are stipulated into evidence in this case and may be so marked by the clerk:

        (1) **Plaintiff's exhibits**.

            1. Medical and billing records from SUNRISE HOSPITAL MEDICAL CENTER [DB-SHMC-0001-0041]
            2. Billing records from FREMONT EMERGENCY SERVICES DB-FES-0001]
            3. Billing records from RADIOLOGY SPECIALISTS [DB-RS-0001]
            4. Medical and billing records from for NEVADA COMPREHENSIVE PAIN CENTER [DB-NCPC-0001-0043]
            5. Medical and billing records from DR. AKERS CHIROPRACTIC NETWORK [DB-DACN-0001-0049]
            6. Billing record from LAS VEGAS PHARMACY [DB-LVP-0001]
            7. Medical and billing records from PUEBLO MEDICAL IMAGING [DB-PMI-0001-0005]

8. Medical and billing records from ADVANCED PAIN MANAGEMENT [DB-APM-0001-0096]
9. Medical and billing records from NEVADA SPINE CLINIC [DB-NSC-0001-0014]
10. Medical and billing records from SIENA HEIGHTS SURGERY CENTER [DB-SHSC-0001-0003]
11. Billing record from PAYLATER PHARMACY [DB-PLP- 0001]
12. Medical and billing records from CENTENNIAL MEDICAL GROUP [DB-CMG-0001-0010]
13. Billing records from QHR PHARMACY
14. Ian Andrew Craven, MD-License Details [EXPOOO1-0002]
15. Demetrice Davis, MD-License Details [EXP0003-0004]
16. Alain Coppel, MD-CV, Fee Schedule, List of Trial and Deposition Testimony [EXP0005-0020]
17. Mima Gamboa, DC-CV & Fee Schedule [EXP0021-0022]
18. Keith M. Lewis, MD-CV & Fee Schedule [EXP0023-0027]
19. Satish Sharma, MD-CV, Fee Schedule, List of Publications [EXP0028-0031]
20. Jaswinder Grover, MD-CV, Fee Schedule, List of Trial and Deposition Testimony [EXP0032-0046]
21. Jaemi Keith, MD-License Details [EXP0047-0048]
22. Medical and billing records from CHESAPEAKE UROLOGY [DB-CU-0001-0020]

(2) **Defendant's exhibits**.

1. GEICO General Insurance Company Declarations and Policy (POLICY 000001-000027)
2. Documents received from The Hartford in response to Subpoena Duces

Tecum (HARTFORD 000001-000133)

3. Documents received from Zurich American Insurance Company in response to Defendant's Subpoena Duces Tecum (ZURICH 000001-000327)

4. Documents received from Blue Raven Solar in response to Defendant's Subpoena Duces Tecum (BLUE RAVEN 000001-000021)

5. Documents received from Comcast in response to Defendant's Subpoena Duces Tecum (COMCAST 000001-000057)

6. Documents received from Cox in response to Defendant's Subpoena Duces Tecum (COX 000001-000041)

7. Documents received from Pella Mid-Atlantic, Inc. in response to Defendant's Subpoena Duces Tecum (PELLA 000001-000053)

8. Documents received from Sales Partnerships, Inc. in response to Defendant's Subpoena Duces Tecum (SALES 000001-000040)

9. Documents received from Solar City nka Tesla in response to Defendant's Subpoena Duces Tecum (SOLAR CITY 000001-000132)

**Plaintiff's Medical Records**

10. Advanced Pain Management Center (ADVANCED PAIN 000001-000045)

11. American Medical Response / MedicWest Ambulance (AMR 000001-000010)

12. Centennial Medical Group (CENTENNIAL MED 000001-000097)

13. Chesapeake Urology Associates/Summit ASC (CHESAPEAKE UROLOGY 000001-000003)

14. Comprehensive Medical Imaging (CMI 000001-000008)

15. CVS Caremark (CVS CAREMARK 000001-000005)

16. CVS Pharmacy (CVS 000001-000017)

17. Delaware Chronic Pain Management Center & Detox Center

(DELAWARE CHRONIC PAIN 000001-000038)

18. Dr. Akers Chiropractic Network, Inc. (AKERS CHIRO 000001-000053)
19. ExcelLabs, LLC (EXCELLABS 000001-000003)
20. Fremont Emergency Services (FREMONT EMERG 000001-000002)
21. Greater Baltimore Medical Center (GBMC 000001-000024)
22. The Johns Hopkins Hospital (JOHNS HOPKINS 000001-000009 and films)
23. The Kroger Co. (KROGER 000001-000002)
24. Las Vegas Pharmacy, Inc. (LV PHARM 000001-000003)
25. LMC Pathology Services (LMC 000001-000014)
26. Nevada Comprehensive Pain Center (NV COMP PAIN 000001-000228)
27. Nevada Orthopedic & Spine Center (NV ORTHO 000001-000021)
28. Nevada Spine Clinic nka Allegiant Spine Institute (NV SPINE 000001-000019)
29. Paylater Pharmacy (PAYLATER 000001-000005)
30. Pueblo Medical Imaging (PUEBLO MED 000001-000045 and films)
31. Radiology Specialists, Ltd. (RADIOLOGY SPEC 000001-000002)
32. Siena Heights Surgery Center (SIENA HEIGHTS 000001-000024)
33. Sierra Med Services (SIERRA MED 000001-000009)
34. Southern Nevada Pain Center (SOUTHERN NV PAIN 000001-000052)
35. Specialized Pain Management (SPECIALIZED PAIN 000001-000101)
36. Sunrise Hospital & Medical Center (SUNRISE HOSP 000001-000269 and films)
37. Surgical Dermatology & Laser (SURGICAL DERM 000001-000009)
38. Vegas Valley Chiropractic (VEGAS VALLEY CHIRO 000001-

000051)

39. Valley View Surgical (VALLEY VIEW SURG 000001-000012)

40. Walgreens (WALGREENS 000001-000049)

41. Walmart (WALMART 000001-000004)

(b) As to the following additional exhibits, the parties have reached the stipulations stated:

(1) **Set forth stipulations on Plaintiff's exhibits**.

None at this time.

(2) **Set forth stipulations on Defendant's exhibits**.

None at this time.

(c) As to the following exhibits, the party against whom the same will be offered objects to their admission on the grounds stated:

(1) **Set forth Plaintiff's exhibits and objections to them**.

1. Deposition Transcript of Jeffrey C. Wang, MD in the matter of Simao v Rish, et al, Case No. A539455 [WANG-0001-0094]

2. Deposition Transcript of Jeffrey C. Wang, MD in the matter of Ly, Pham v Alderson, Case No. A562633 [WANG-0095-0124]

3. Article from LA Times "Regents OK $8,5 million for 2 patients suing over financial conflicts at f/CL4 "[WANG-0125-0129]

4. Article from Wall Street Journal "UCLA Surgeon Didn't Report Payments" [WANG-0130]

5. United States Senate Committee on Finance Letter to Medtronic, Inc. [WANG-0131-0137]

6. Stipulation, Decision and Order entered in the Matter of Jeffrey Wang, Respondent, before The Fair Political Practices Commission, State of California, FPPC No. 09/460 [WANG-0138-0146]

Defendant objects to the foregoing records as substantially more prejudicial than probative, as well as not relevant to any claim or defense in this action, nor proportionate to the needs of the case. Defendant also objects to theses exhibits as not timely disclosed during discovery.

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

6546582.1

7

(2) **Set forth Defendant's exhibits and objections to them**.

    1.    None.

(d) **Electronic evidence**: The parties do not intend to present any electronic evidence for purposes of jury deliberations at this time.

(e) **Depositions**: None at this time. The only deposition taken was of the Plaintiff, and the transcript will only be utilized by Defendant, if at all, for impeachment purposes should the need arise.

(f) **Objections to Depositions**: The parties do not object to the use of deposition transcripts and videotaped depositions of any witnesses offered by the parties, to the extent allowable by the rules of evidence, and consistent with the rules of unavailability.

## VII.

**The following witnesses may be called by the parties at trial**:

(a) **Provide names and addresses of Plaintiff's witnesses**.

1. Plaintiff DUSTIN BEAVERS
   c/o LADAH LAW FIRM
   517 S. Third Street
   Las Vegas, NV 89101

**PLAINTIFF'S MEDICAL PROVIDERS**

2. Ian Andrew Craven, MD
   Sunrise Hospital Medical Center
   3186 S. Maryland Parkway
   Las Vegas, NV 89109

3. Ian Andrew Craven, MD
   Fremont Emergency Services
   9301 S. Western Avenue
   Oklahoma City, OK 73139-2728

4. Demetrice Davis, MD and/or Lindsey Blake, MD
   Radiology Specialists, Ltd.
   P. O. Box 50709
   Henderson, NV 89016

5. Alain Coppel, MD
   Nevada Comprehensive Pain Center
   2809 W. Charleston Blvd, Ste. 150
   Las Vegas, NV 89102

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 W. Sunset Rd, Suite 350
Las Vegas, NV 89113

6546582.1    8

6. Mima Gamboa, DC
   Dr. Akers Chiropractic Network
   2931 N Tenaya Way Ste. 106
   Las Vegas, NV 89128

7. Dispensing Pharmacist
   Las Vegas Pharmacy
   2600 W. Sahara Avenue, Ste. 120
   Las Vegas, NV 89102

8. Keith M. Lewis, MD
   Pueblo Medical Imaging/MMP
   8551 W. Lake Mead Blvd, Ste. 150
   Las Vegas, NV 89128

9. Satish Sharma, MD
   Advanced Pain Management Center
   9029 S. Pecos Road, Ste. 2800
   Henderson, NV 89074

10. Jaswinder Grover, MD
    Nevada Spine Clinic
    Allegiant Institute
    7140 Smoke Ranch Road, Ste. 150
    Las Vegas, NV 89128

11. Satish Sharma, MD
    Siena Surgery Center
    2865 Siena Heights Drive, Ste. 200
    Henderson, NV 89052

12. PayLater Pharmacy
    1210 S Valley View Blvd. Suite 210
    Las Vegas, NV 89102

13. Jaemi Victoria Keith, MD
    Centennial Medical Group
    4454 N. Decatur Blvd
    Las Vegas, NV 89130

14. QHR Pharmacy
    765 Nellis Blvd. #7
    Las Vegas, NV 89110

15. Christen A. Alevizatos, MD
    Chesapeake Urology
    6535 Chalrest St. #500
    Las Vegas, NV

(b) **Provide names and addresses of Defendant's witnesses.**

1. Dustin Beavers
   c/o Ladah Law Firm
   517 South Third Street

Las Vegas, NV 89101

2. Dr. Jeffrey Wang
USC Spine Center
517 South Third Street
Las Vegas, NV 89101

**PLAINTIFF'S MEDICAL PROVIDERS**

3. Defendant intends to cross-examine all of Plaintiff's treating physicians called during Plaintiff's case in chief and, to the extent any of Plaintiff's treating providers identified above are not called during Plaintiff's case in chief, Defendant intends to call such witnesses during its own case in chief.

## VIII.

**The attorneys or parties have met and jointly offer these three trial dates**:

September 14, 2020      September 21, 2020      September 28, 2020.

It is expressly understood by the undersigned that the Court will set the trial of this matter on one of the agreed-upon dates if possible; if not, the trial will be set at the convenience of the Court's calendar.

## IX.

**It is estimated that the trial will take a total of five (5) to seven (7) days**. A jury trial has been requested by Defendant.

## X.

The parties hereby certify that they considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, use of the Short Trial Program (General Order 2013-01), and the use of alternative dispute-resolution processes including mediation, arbitration, and early neutral evaluation. The parties have not agreed to trial by a magistrate judge or the use of the short trial program.

APPROVED AS TO FORM AND CONTENT:

DATED this 17th day of March, 2020

        LADAH LAW FIRM

        By    */s/ Anthony L. Ashby*
            ANTHONY L. ASHBY, ESQ.
            Nevada Bar No. 4911
            Attorneys for Plaintiff

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

6546582.1      10

DATED this 17th day of Marhc, 2020

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By     */s/ Wade M. Hansard*
WADE M. HANSARD, ESQ.
Nevada Bar No. 8104
JONATHAN W. CARLSON, ESQ.
Nevada Bar No. 10536
RENEE M. MAXFIELD, ESQ.
Attorneys for Defendant

## XI.

## ACTION BY THE COURT

This case is set for jury trial on the stacked calendar on September 28, 2020, at 9:00 a.m. in Courtroom 6C. Calendar call will be held on September 22, 2020, at 8:45 a.m. in Courtroom 6C.

This pretrial order has been approved by the parties to this action as evidenced by their signatures or the signatures of their attorneys hereon, and the order is hereby entered and will govern the trial of this case. This order may not be amended except by Court order and based upon the parties' agreement or to prevent manifest injustice.

DATED this 25th day of March, 2020.

By _____
UNITED STATES DISTRICT JUDGE

*NOTICE: Due to the unusually large number of complex criminal cases set for lengthy trials before this Court, civil trials may possibly be held in a trailing status for months or be assigned to another District Court Judge for trial. Therefore, the Court strongly urges the parties to consider their option to proceed before a Magistrate Judge pursuant to Local Rule IB 2-2, in accordance with 28 USC Section 636 and FRCP 73.*

*The Clerk shall provide the parties with a link to AO 85 Notice of Availability, Consent and Order of Reference - Exercise of Jurisdiction by a U.S. Magistrate Judge form on the Courts website.*

6546582.1    11