# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DUSTIN BEAVERS, | Case No.: 2:19-cv-00846-APG-NJK |
| Plaintiff(s), | **Order** |
| v. | |
| GEICO INSURANCE AGENCY, | |
| Defendant(s). | |

In light of the notice of settlement, Docket No. 42, the settlement conference is VACATED. Dismissal papers must be filed by July 2, 2020.

IT IS SO ORDERED.

Dated: June 3, 2020

_____
Nancy J. Koppe
United States Magistrate Judge