McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Wade M. Hansard
Nevada Bar No. 8104
  wade.hansard@mccormickbarstow.com
Jonathan W. Carlson
Nevada Bar No. 10536
  jonathan.carlson@mccormickbarstow.com
Renee M. Maxfield
Nevada Bar No. 12814
  renee.maxfield@mccormickbarstow.com
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113
Telephone: (702) 949-1100
Facsimile: (702) 949-1101

Attorneys for GEICO GENERAL INSURANCE
COMPANY erroneously sued and served herein
as GEICO INSURANCE AGENCY DBA
GEICO INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DUSTIN BEAVERS, individual, | Case No. 2:19-cv-00846-APG-NJK |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| GEICO INSURANCE AGENCY dba GEICO INSURANCE COMPANY, a foreign corporation; DOES I through X, inclusive and ROE BUSINESS ENTITIES I through X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by the parties above named, by and through their respective counsel of record, that the above-entitled matter be dismissed with prejudice.

///

///

///

///

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7047 NORTH FRESNO STREET
FRESNO, CA 93720

Case No. 2:19-cv-00846-APG-NJK
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

///

///

Each party will bear their own costs and attorneys' fees.

DATED this 23 day of June, 2020

LADAH LAW FIRM

By _____
Ramzy Paul Ladah, Nevada Bar No. 11405
517 South Third Street
Las Vegas, Nevada 89101
Tel. (702) 252-0055

Attorneys for Plaintiff

DATED this 25 day of June, 2020

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By _____
Wade M. Hansard, Nevada Bar No. 8104
Jonathan W. Carlson, Nevada Bar No. 10536
Renee M. Maxfield, Nevada Bar No. 12814
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Tel. (702) 949-1100

Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

Dated: June 25, 2020.

_____
UNITED STATES DISTRICT JUDGE

6870229.1

2     Case No. 2:19-cv-00846-APG-NJK
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE